M.ROSS
& ASSOCIATES, LLC

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 13, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 39.

**VIA ECF**
Hon. Jeannette A. Vargas, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

**Re: Artistic Tile, Inc. v. AEA Investors LP *et al.***
**Case No. 26-cv-03415-JAV-VF**

Dear Judge Vargas:

This law firm represents Artistic Tile, Inc. ("Plaintiff") in the above-referenced matter. We submit this letter jointly with counsel for AEA Investors, LP ("AEA"), The Home Depot, Inc ("Home Depot"), and Wayfair LLC ("Wayfair") (collectively "Defendants").

On June 16, 2026, with consent from Plaintiff, Defendants requested an extension to respond to Plaintiff's complaint, which the Court granted on June 17, 2026. On June 23, 2026 Home Depot and Wayfair requested an additional extension to respond to Plaintiff's complaint, which was opposed by Plaintiff, and denied by the Court on June 24, 2026.

On July 10, 2026, a joint request was made by the parties to adjourn the briefing schedule for (i) AEA's pending Motion to Dismiss [DOC 21] and (ii) Home Depot and Wayfair's pending Motion to Stay [DOC 29]. The request was made due to the parties actively pursuing settlement. This request was granted by the Court.

The parties continue to actively pursue settlement negotiations. Accordingly, at this time, the parties believe it is in the best interest of all involved that the Court approve a jointly requested additional thirty (30) day adjournment on the motions pending before the Court.

Please allow the following schedule for the pending motions:

| **AEA'S MOTION TO DISMISS** | **DEADLINE DATE** |
|---|---|
| Artistic Tile's Amended Complaint | September 11, 2026 |
| AEA's Memorandum of Law in Support of its Motion to Dismiss | October 2, 2026 |

440 Sylvan Avenue, Suite 220 | Englewood Cliffs, New Jersey 07632 | Phone: 201.568.2064 | Fax: 201.608.7191 | mrossllc.com

M.ROSS
& ASSOCIATES, LLC

| | |
|---|---|
| Artistic Tile's Memorandum of Law in Opposition to AEA's Motion to Dismiss | October 15, 2026 |
| AEA's Reply (if any) | October 23, 2026 |

| **HOME DEPOT AND WAYFAIR'S MOTION TO STAY** | **DEADLINE DATE** |
|---|---|
| Artistic Tile's Memorandum of Law in Opposition to Motion to Stay | September 11, 2026 |
| AEA's Reply (if any) | September 25, 2026 |

The Parties respectfully submit this letter and thank Your Honor for your time and consideration.

Respectfully submitted,

*Richard S. Schurin*

Richard S. Schurin, Esq.
Attorneys for AEA Investors, LP
The Home Depot, Inc, and Wayfair LLC
595 Stewart Avenue, Suite 510
Garden City, New York 11530
Ph: (516) 248-0300
*rschurin@sternschurin.com*

Michele L. Ross, Esq.
Karreem Washington, Esq.
Attorneys for Artistic Tile, Inc.
440 Sylvan Avenue, Suite 220
Englewood Cliffs, New Jersey 07631
Ph: (201) 568-2064
*michele@mrossllc.com*
*kwashington@mrossllc.com*