M.ROSS
& ASSOCIATES, LLC

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 15, 2026**

The request to stay the case pending mediation is GRANTED. The parties are directed to provide a status update on the mediation by **October 9, 2026**.

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

**Re:** ***Artistic Tile, Inc. v. The Home Depot, Inc., Wayfair LLC, and AEA Investors LP***
***Civil Action No. 1:26-cv-03415 (JAV)(VF)***
***Motion to Extend Time to Respond to the Complaint***

Dear Judge Vargas:

This law firm represents Plaintiff Artistic Tile, Inc. in the above-referenced matter ("Artistic Tile"). Because of the start of the Jewish Holidays, and offices closing early, we are unable to submit this letter jointly with counsel for Defendants AEA Investors LP ("AEA"), The Home Depot, Inc. ("Home Depot") and Wayfair LLC ("Wayfair") (collectively "Defendants"). We write to update the Court on the status of negotiations, and to request an extension of the briefing deadlines in connection with Defendants' motions.

Defendants requested an extension on June 16, 2026 to respond to Plaintiff's complaint, which was granted on June 17, 2026. Home Depot and Wayfair requested an additional extension to respond to Plaintiff's complaint on June 23, 2026, which was opposed by Plaintiff and denied by the Court on June 24, 2026.

On July 10, 2026, a joint request was made by the parties to adjourn the briefing schedule for (i) AEA's pending Motion to Dismiss [DOC 21] and (ii) Home Depot and Wayfair's pending Motion to Stay [DOC 29]. The reason for the request was that the Parties were actively pursuing settlement. This request was granted by the Court. On July 27, 2026 and August 11, 2026, the Court granted additional extension requests jointly requested by the Parties to allow them to pursue settlement.

We write to report that settlement efforts to date continue to be unsuccessful. However, we are pleased to report that earlier today, Artistic Tile, Inc. and Soho Studio LLC d/b/a TileBar ("TileBar") (i.e., the supplier of the accused tiles), have agreed to participate in a mediation at JAMS or with another private mediation company to facilitate their ongoing settlement discussions. If successful, this mediation will completely resolve the litigation between the parties.

M.ROSS & ASSOCIATES, LLC

In the interim, we respectfully request that Your Honor adjourn all dates on the submission of the Amended Complaint and pending Motion to Dismiss and Motion to Stay to **October 9, 2026**, to allow the parties sufficient time to select a mediator to settle the pending litigation. If the parties are able to reach a consensus on a mediator by October 9, 2026, we anticipate requesting an extended adjournment in which we would provide the Court with a joint status report every 30 days thereafter until mediation resolves this litigation or either of the parties decides to end mediation and resume litigation.

We respectfully submit this letter and thank Your Honor for your time and consideration.

Respectfully submitted,

Michele L. Ross

Michele L. Ross, Esq.
Karreem Washington, Esq.
Attorneys for Artistic Tile, Inc.
440 Sylvan Avenue, Suite 220
Englewood Cliffs, New Jersey 07631
Ph: (201) 568-2064
*michele@mrossllc.com*
*kwashington@mrossllc.com*